PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. John Michael Jourdain**

**Docket No. 0:00CR00186-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John Michael Jourdain** who was sentenced for Possession of Stolen Ammunition on February 6, 2001, by the Honorable Richard H. Kyle, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol and drug and alcohol aftercare

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On July 16, 2007, the defendant was convicted in Wadena County District Court in Wadena, Minnesota, for Driving After Revocation. He was sentenced to 90 days jail which was stayed for 1 year. In addition, he was ordered to pay a fine of $300 and $87 in court costs.

On October 19, 2007, the defendant was convicted in Beltrami County District Court in Bemidji, Minnesota, for Driving After Revocation. He was sentenced to 30 days jail which was stayed for 1 year, a $300 fine, and $80 in court costs.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

NOV 02 2007
ST. PAUL

The defendant shall perform 8 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 2nd day of November, 2007, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge
Sr. Donovan Frank

I declare under penalty of perjury that the foregoing is true and correct.

Julie M Belt
for Joan L. White
U.S. Probation Officer
Telephone: 218-333-0554

Executed on November 1, 2007
Place Bemidji

Approved:

Julie M Belt
Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission