Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. John Michael Jourdain

Docket No. 0:00CR00186-001(RHK)

**HEARING WAIVER**

I, John Michael Jourdain, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 8 hours of community service, as approved by the probation officer.

Signed: John M Jourdain

John Michael Jourdain
Supervised Releasee

Dated: 10-31-09

Witness: Joan L. White

Joan L. White
U.S. Probation Officer

NOV 02 2007