PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED

MAY 13 2008

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. John Michael Jourdain**

**Docket No. 0:00CR00186-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Trisha K. Hansen**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John Michael Jourdain** who was sentenced for Possession of Stolen Ammunition on February 6, 2001, by the Honorable Richard H. Kyle, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

No firearms or dangerous weapons; mandatory drug testing; abstain from alcohol; and participate in drug/alcohol programming

Perform 8 hours of community service (modified on November 1, 2007, for two Driving After Revocation convictions)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On April 17, 2008, the defendant was issued a summons for Driving After Revocation in Beltrami County, Minnesota. This is the defendant's third Driving After Revocation offense since his term of supervised release began. The defendant contacted this officer and admitted that he was driving without a valid licence.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 8 hours of community service, in addition to the 8 hours ordered on November 2, 2007.

ORDER OF THE COURT

Considered and ordered this 13th day of May, 2008, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Trisha K. Hansen
U.S. Probation Officer
Telephone: 218-333-3802

Executed on May 12, 2008
Place Bemidji

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission