RECEIVED
MAY 13 2008
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Prob 49

FILED BY CLERK OF COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. John Michael Jourdain

Docket No. 0:00CR00186-001 (RHK)

**HEARING WAIVER**

I, John Michael Jourdain, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

1. The defendant shall perform 8 hours of community service, in addition to the 8 hours ordered on November 2, 2007.

Signed: [signature]
John Michael Jourdain
Supervised Releasee

Witness: [signature]
Trisha K. Hansen
U.S. Probation Officer

Dated: 5-5-08